J. GARY GWILLIAM (SBN 33430)
RANDALL E. STRAUSS (SBN 168363)
JAYME L. BURNS (SBN 273159)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
rstrauss@giccb.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DISTRICT ATTORNEYS' OFFICE; CITY OF MARTINEZ; CITY OF MARTINEZ POLICE DEPARTMENT; STATE OF CALIFORNIA; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; ROBERT KOCHLY; PAUL SEQUEIRA; BRIAN BAKER; GENE GREENWALD; DARRYL JACKSON; PAUL MULLIGAN; TOM SIMONETTI; ERIC GHISLETTA; JON SYLVIA; JOYCE BLAIR; PETER FLORES; WILLIAM DANIEL O'MALLEY; TOM MCKENNA; O'MALLY & MCKENNA LAW OFFICE and DOES 1-100,<br><br>    Defendant | Case No.: 3:12-cv-03798-EMC<br><br>Stipulation to Continue Hearing on Motions to Dismiss and Briefing Schedule<br><br>Date: ~~September 28, 2012~~ Oct. 5, 2012<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The parties have agreed to continue the hearing date on the motions to dismiss filed by all Defendants to September 28, 2012 at 1:30 p.m.

Plaintiff will file his oppositions to the City of Martinez' et al. motion to dismiss on August 17, 2012. Defendant City of Martinez will file its reply on August 24, 2012.

Plaintiff will file his oppositions to Defendant's Contra Costa County et al, Tom McKenna, Dan O'Malley, and Defendant State of California by August 31, 2012. Defendants will file their replies on September 14, 2012.            October 5, 2012

The hearing on all motions is continued from September 7, 2012 to September 28, 2012 at 1:30 p.m.

The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED:

    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

    By: _____
    J. GARY GWILLIAM
    RANDALL E. STRAUSS
    Attorneys for Plaintiff

DATED:

    LOW, BALL & LYNCH

    By:_____

    DALE L. ALLEN, JR.
    DIRK D. LARSEN
    KEVIN P. ALLEN
    Attorneys for Defendants
    City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

1   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2   STIPULATE AS FOLLOWS:
3       The parties have agreed to continue the hearing date on the motions to dismiss filed by all
4   Defendants to September 28, 2012 at 1:30 p.m.
5       Plaintiff will file his oppositions to the City of Martinez' et al. motion to dismiss on
6   August 17, 2012. Defendant City of Martinez will file its reply on August 24, 2012.
7       Plaintiff will file his oppositions to Defendant's Contra Costa County et al, Tom
8   McKenna, Dan O'Malley, and Defendant State of California by August 31, 2012. Defendants
9   will file their replies on September 14, 2012.                    Oct. 5, 2012
10      The hearing on all motions is continued from September 7, 2012 to September 28, 2012
11  at 1:30 p.m.
12      The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED:                                              GWILLIAM, IVARY, CHIOSSO,
                                                    CAVALLI & BREWER


                                                    By: _____
                                                        J. GARY GWILLIAM
                                                        RANDALL E. STRAUSS
                                                        Attorneys for Plaintiff

DATED: August 3, 2012

                                                    LOW, BALL & LYNCH


                                                    By: _____

                                                        DALE L. ALLEN, JR.
                                                        DIRK D. LARSEN
                                                        KEVIN P. ALLEN
                                                        Attorneys for Defendants
                                                    City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia
                                                        ^ City of Martinez
                                                          Police Department,

|  |  |
|---|---|
| DATED: 8/3/12 | ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA<br><br>By: _____<br>TYLER B. PON<br>Attorney for Defendants<br>State of California, Joyce Blair and Peter Flores |
| DATED: | MCNAMARA, NEY, BEATTY, SLATTERY,<br>BORGES & AMBACHER LLP<br><br>By: _____<br>JAMES V. FITZGERALD<br>Attorney for Defendant Tom McKenna |
| DATED: | BOLEY LAW<br><br>By: _____<br>TODD BOLEY<br>Attorney for Defendants<br>Contra Costa County, Contra Costa County District Attorney's Office<br>Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan |
| DATED: | GIBBONS & CONLEY<br><br>By: _____<br>Austin R. Gibbons<br>Attorney for Defendant<br>Dan O'Malley |

IT IS SO ORDERED.

DATED: 8/13/12          Honorable Edward M. Chen

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge Edward M. Chen]*

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:

By:_____
TYLER B. PON
Attorney for Defendants
State of California, Joyce Blair and Peter Flores

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

DATED:

By:_____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna

BOLEY LAW

DATED:

By: /s/ Todd Boley
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

GIBBONS & CONLEY

DATED:

By:_____
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley

IT IS SO ORDERED.

DATED:                      _____
                            Honorable Edward M. Chen

```
                                    ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA
DATED:

                                                    By:_____
                                                            TYLER B. PON
                                                      Attorney for Defendants
                                            State of California, Joyce Blair and Peter Flores


                                                 MCNAMARA, NEY, BEATTY, SLATTERY,
                                                      BORGES & AMBACHER LLP

DATED: 8/3/12

                                                    By: [signature]
                                                          JAMES V. FITZGERALD
                                                    Attorney for Defendant Tom McKenna


                                                                     BOLEY LAW
DATED:


                                                    By:_____
                                                               TODD BOLEY
                                                      Attorney for Defendants
                               Contra Costa County, Contra Costa County District Attorney's Office
           Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                                GIBBONS & CONLEY
DATED:


                                                    By:_____
                                                             Austin R. Gibbons
                                                       Attorney for Defendant
                                                             Dan O'Malley


IT IS SO ORDERED.                    _____

DATED:                               Honorable Edward M. Chen
```

|     |                                      |                                                                                                                                                                                                   |
| --- | ------------------------------------ | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                      | ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA                                                                                                                                                      |
| 2   | DATED:                               |                                                                                                                                                                                                   |
| 3   |                                      | By:_____                                                                                                                                                                       |
| 4   |                                      | TYLER B. PON<br>Attorney for Defendants<br>State of California, Joyce Blair and Peter Flores                                                                                                      |

DATED:

By:_____
TYLER B. PON
Attorney for Defendants
State of California, Joyce Blair and Peter Flores


MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

DATED:

By:_____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna


BOLEY LAW

DATED:

By:_____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


GIBBONS & CONLEY

DATED: 6 August 12

By: /s/ *signature*
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley


IT IS SO ORDERED.

DATED: _____

Honorable Edward M. Chen