1  J. GARY GWILLIAM (SBN 33430)
   RANDALL E. STRAUSS (SBN 168363)
2  JAYME L. BURNS (SBN 273159)
   Gwilliam, Ivary, Chiosso, Cavalli & Brewer
3  1999 Harrison St. Ste. 1600
   Oakland, CA 94612
4  Telephone: (510) 832-5411
   Facsimile: (510) 832-1918
5  Email: ggwilliam@giccb.com
   rstrauss@giccb.com
6
   Attorneys for Plaintiff
7

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT,<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DISTRICT ATTORNEYS' OFFICE; CITY OF MARTINEZ; CITY OF MARTINEZ POLICE DEPARTMENT; STATE OF CALIFORNIA; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; ROBERT KOCHLY; PAUL SEQUEIRA; BRIAN BAKER; GENE GREENWALD; DARRYL JACKSON; PAUL MULLIGAN; TOM SIMONETTI; ERIC GHISLETTA; JON SYLVIA; JOYCE BLAIR; PETER FLORES; WILLIAM DANIEL O'MALLEY; TOM MCKENNA; O'MALLY & MCKENNA LAW OFFICE and DOES 1-100,<br><br>Defendant | Case No.: 3:12-cv-03798-EMC<br><br>Stipulation to Continue Hearing on Motions to Dismiss and Briefing Schedule<br><br>Date: ~~September 28, 2012~~ Oct. 5, 2012<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The parties have agreed to continue the hearing date on the motions to dismiss filed by all Defendants to September 28, 2012 at 1:30 p.m.

Plaintiff will file his oppositions to the City of Martinez' et al. motion to dismiss on August 17, 2012. Defendant City of Martinez will file its reply on August 24, 2012.

Plaintiff will file his oppositions to Defendant's Contra Costa County et al, Tom McKenna, Dan O'Malley, and Defendant State of California by August 31, 2012. Defendants will file their replies on September 14, 2012.                October 5, 2012

The hearing on all motions is continued from September 7, 2012 to September 28, 2012 at 1:30 p.m.

The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED:

          GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: _____
J. GARY GWILLIAM
RANDALL E. STRAUSS
Attorneys for Plaintiff

DATED:

          LOW, BALL & LYNCH

By:_____

DALE L. ALLEN, JR.
DIRK D. LARSEN
KEVIN P. ALLEN
Attorneys for Defendants
City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2  STIPULATE AS FOLLOWS:
3  The parties have agreed to continue the hearing date on the motions to dismiss filed by all
4  Defendants to September 28, 2012 at 1:30 p.m.
5  Plaintiff will file his oppositions to the City of Martinez' et al. motion to dismiss on
6  August 17, 2012. Defendant City of Martinez will file its reply on August 24, 2012.
7  Plaintiff will file his oppositions to Defendant's Contra Costa County et al, Tom
8  McKenna, Dan O'Malley, and Defendant State of California by August 31, 2012. Defendants
9  will file their replies on September 14, 2012.                    Oct. 5, 2012
10  The hearing on all motions is continued from September 7, 2012 to ~~September 28~~, 2012
11  at 1:30 p.m.
12  The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED:                                         GWILLIAM, IVARY, CHIOSSO,
                                               CAVALLI & BREWER


                                               By: _____
                                                   J. GARY GWILLIAM
                                                   RANDALL E. STRAUSS
                                                   Attorneys for Plaintiff

DATED: August 3, 2012

                                               LOW, BALL & LYNCH


                                               By: _____

                                                   DALE L. ALLEN, JR.
                                                   DIRK D. LARSEN
                                                   KEVIN P. ALLEN
                                                   Attorneys for Defendants
                                 City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia
                                                   City of Martinez
                                                   Police Department

| | | |
|---|---|---|
| 1 | | ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA |
| 2 | DATED: 8/3/12 | |
| 3 | | By: _____ |
| 4 | | TYLER B. PON |
| | | Attorney for Defendants |
| 5 | | State of California, Joyce Blair and Peter Flores |
| 6 | | MCNAMARA, NEY, BEATTY, SLATTERY, |
| | | BORGES & AMBACHER LLP |
| 7 | DATED: | |
| 8 | | |
| 9 | | By:_____ |
| | | JAMES V. FITZGERALD |
| 10 | | Attorney for Defendant Tom McKenna |
| 11 | | |
| 12 | | BOLEY LAW |
| | DATED: | |
| 13 | | |
| 14 | | By:_____ |
| 15 | | TODD BOLEY |
| | | Attorney for Defendants |
| 16 | | Contra Costa County, Contra Costa County District Attorney's Office |
| | | Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan |
| 17 | | |
| 18 | | GIBBONS & CONLEY |
| | DATED: | |
| 19 | | |
| 20 | | By:_____ |
| 21 | | Austin R. Gibbons |
| | | Attorney for Defendant |
| 22 | | Dan O'Malley |

IT IS SO ORDERED.

DATED: 8/13/12

_____
Honorable Edward M. Chen

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

```
                                    ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA
DATED:


                                    By:_____
                                              TYLER B. PON
                                         Attorney for Defendants
                                  State of California, Joyce Blair and Peter Flores



                                    MCNAMARA, NEY, BEATTY, SLATTERY,
                                         BORGES & AMBACHER LLP
DATED:


                                    By:_____
                                            JAMES V. FITZGERALD
                                      Attorney for Defendant Tom McKenna



                                                        BOLEY LAW
DATED:


                                    By: /s/ Todd Boley
                                              TODD BOLEY
                                         Attorney for Defendants
                    Contra Costa County, Contra Costa County District Attorney's Office
        Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                    GIBBONS & CONLEY
DATED:


                                    By:_____
                                            Austin R. Gibbons
                                         Attorney for Defendant
                                              Dan O'Malley


IT IS SO ORDERED.            _____
DATED:                          Honorable Edward M. Chen
```

```
                                    ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA
 1
 2   DATED:
 3                                                    By:_____
                                                              TYLER B. PON
 4                                                            Attorney for Defendants
                                                    State of California, Joyce Blair and Peter Flores
 5
 6                                           MCNAMARA, NEY, BEATTY, SLATTERY,
                                                    BORGES & AMBACHER LLP
 7   DATED:  8/3/12
 8
                                                      By:_____
 9                                                            JAMES V. FITZGERALD
10                                                            Attorney for Defendant Tom McKenna
11
12                                                                         BOLEY LAW
     DATED:
13
14
                                                      By:_____
15                                                                         TODD BOLEY
                                                                     Attorney for Defendants
16                          Contra Costa County, Contra Costa County District Attorney's Office
        Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan
17
18                                                                    GIBBONS & CONLEY
     DATED:
19
20
                                                      By:_____
21                                                                       Austin R. Gibbons
                                                                      Attorney for Defendant
22                                                                         Dan O'Malley
23
     IT IS SO ORDERED.                         _____
24
     DATED:                                    Honorable Edward M. Chen
25
26
27
28

                    Stipulation to Continue Hearing on Motions to Dismiss and Briefing Schedule
                                                      - 3 -
```

```
                              ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA
DATED:

                              By:_____
                                        TYLER B. PON
                                     Attorney for Defendants
                              State of California, Joyce Blair and Peter Flores


                              MCNAMARA, NEY, BEATTY, SLATTERY,
                                   BORGES & AMBACHER LLP
DATED:



                              By:_____
                                      JAMES V. FITZGERALD
                                 Attorney for Defendant Tom McKenna



                                                          BOLEY LAW
DATED:



                              By:_____
                                          TODD BOLEY
                                     Attorney for Defendants
           Contra Costa County, Contra Costa County District Attorney's Office
   Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                     GIBBONS & CONLEY
DATED: 6 August 12


                              By:_____
                                         Austin R. Gibbons
                                       Attorney for Defendant
                                           Dan O'Malley


IT IS SO ORDERED.           _____
DATED:                          Honorable Edward M. Chen
```