J. GARY GWILLIAM (SBN 33430)
RANDALL E. STRAUSS (SBN 168363)
JAYME L. BURNS (SBN 273159)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
rstrauss@giccb.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DISTRICT ATTORNEYS' OFFICE; CITY OF MARTINEZ; CITY OF MARTINEZ POLICE DEPARTMENT; STATE OF CALIFORNIA; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; ROBERT KOCHLY; PAUL SEQUEIRA; BRIAN BAKER; GENE GREENWALD; DARRYL JACKSON; PAUL MULLIGAN; TOM SIMONETTI; ERIC GHISLETTA; JON SYLVIA; JOYCE BLAIR; PETER FLORES; WILLIAM DANIEL O'MALLEY; TOM MCKENNA; O'MALLY & MCKENNA LAW OFFICE and DOES 1-100,<br><br>　　　　Defendant | Case No.: 3:12-cv-03798-EMC<br><br>Stipulation to Continue Case Management Conference and to Set Hearing on Motions to Dismiss and Briefing Schedule ; ORDER<br><br>Date:　November 9, 2012<br>Time:　1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The parties have agreed to continue the November 2, 2012 case management conference to November 9, 2012 at 1:30 p.m. The parties have further agreed to set the hearing on the Defendants' Motions to Dismiss the Complaint for the same date, November 9, 2012 at 1:30 p.m..

The parties have stipulated to allow five (5) additional pages to the briefs on the Motions to Dismiss due to the number and complexity of issues in this case. The briefing schedule for all Motions to Dismiss will be as follows:

Defendants will file their Motions on September 7, 2012.

Plaintiff will file his oppositions to all of the motions on October 5, 2012.

Defendants will file their replies by October 19, 2012.

The hearing will be held at the same time as the case management conference on November 9, 2012 at 1:30 p.m.

The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED: 8/27/12

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: [signature]
J. GARY GWILLIAM
RANDALL E. STRAUSS
Attorneys for Plaintiff

DATED: August 27, 2012

LOW, BALL & LYNCH

By: [signature]
DALE L. ALLEN, JR.
DIRK D. LARSEN

```
                                                    KEVIN P. ALLEN
                                               Attorneys for Defendants
                       City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia


                            ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED: 8/27/12

                                          By: /s/
                                                   TYLER B. PON
                                              Attorney for Defendants
                            State of California, Joyce Blair and Peter Flores


                                          MCNAMARA, NEY, BEATTY, SLATTERY,
DATED:                                            BORGES & AMBACHER LLP


                                          By:_____
                                                 JAMES V. FITZGERALD
                                            Attorney for Defendant Tom McKenna


                                                         BOLEY LAW
DATED:


                                          By:_____
                                                       TODD BOLEY
                                                 Attorney for Defendants
              Contra Costa County, Contra Costa County District Attorney's Office
     Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                   GIBBONS & CONLEY
DATED:


                                          By:_____
                                                     Austin R. Gibbons
                                                  Attorney for Defendant
                                                        Dan O'Malley

IT IS SO ORDERED.
DATED:                                          _____
                                                             Chen
```

IT IS SO ORDERED

Judge Edward M. Chen

```
                                                    KEVIN P. ALLEN
                                                Attorneys for Defendants
                       City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia


                                ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:

                                                 By:_____
                                                        TYLER B. PON
                                                    Attorney for Defendants
                                      State of California, Joyce Blair and Peter Flores


                                                MCNAMARA, NEY, BEATTY, SLATTERY,
                                                    BORGES & AMBACHER LLP
DATED: 8/27/12

                                                 By:_____
                                                     JAMES V. FITZGERALD
                                                 Attorney for Defendant Tom McKenna


                                                          BOLEY LAW
DATED:


                                                 By:_____
                                                          TODD BOLEY
                                                    Attorney for Defendants
                          Contra Costa County, Contra Costa County District Attorney's Office
         Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                     GIBBONS & CONLEY
DATED:


                                                 By:_____
                                                       Austin R. Gibbons
                                                     Attorney for Defendant
                                                         Dan O'Malley


IT IS SO ORDERED.                                _____
DATED:                                           Honorable Edward M. Chen
```

Stipulation to Continue Case Management Conference and Set Hearing on Motions to Dismiss and Briefing Schedule
- 3

```
                                              KEVIN P. ALLEN
                                           Attorneys for Defendants
                            City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia



                              ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:


                                                  By:_____
                                                           TYLER B. PON
                                                       Attorney for Defendants
                                          State of California, Joyce Blair and Peter Flores



                                               MCNAMARA, NEY, BEATTY, SLATTERY,
                                                    BORGES & AMBACHER LLP
DATED:



                                                  By:_____
                                                         JAMES V. FITZGERALD
                                                   Attorney for Defendant Tom McKenna




                                                              BOLEY LAW
DATED:




                                                  By:_____
                                                            TODD BOLEY
                                                       Attorney for Defendants
                          Contra Costa County, Contra Costa County District Attorney's Office
              Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan



                                                         GIBBONS & CONLEY
DATED:



                                                  By:_____
                                                           Austin R. Gibbons
                                                        Attorney for Defendant
                                                            Dan O'Malley


IT IS SO ORDERED.
                                                  _____
DATED:                                            Honorable Edward M. Chen
```

Stipulation to Continue Case Management Conference and Set Hearing on Motions to Dismiss and Briefing Schedule
- 3 -

| | |
|---|---|
| 1 | City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia |
| 2 | |
| 3 | ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA |
| 4 | DATED: |
| 5 | By:_____ |
| 6 | TYLER B. PON |
|   | Attorney for Defendants |
| 7 | State of California, Joyce Blair and Peter Flores |

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

DATED:

By:_____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna

BOLEY LAW

DATED:

By:_____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

GIBBONS & CONLEY

DATED: 8/24/12.

By: /s/ Austin R. Gibbons
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley

IT IS SO ORDERED.

DATED: _____
Honorable Edward M. Chen

Stipulation to Continue Case Management Conference and Set Hearing on Motions to Dismiss and Briefing Schedule
- 3 -