1   J. GARY GWILLIAM (SBN 33430)
    RANDALL E. STRAUSS (SBN 168363)
2   JAYME L. BURNS (SBN 273159)
    Gwilliam, Ivary, Chiosso, Cavalli & Brewer
3   1999 Harrison St. Ste. 1600
    Oakland, CA 94612
4   Telephone: (510) 832-5411
    Facsimile: (510) 832-1918
5   Email: ggwilliam@giccb.com
    rstrauss@giccb.com
6
    Attorneys for Plaintiff
7

8                   UNITED STATES DISTRICT COURT FOR THE

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL GRESSETT,                        Case No.: 3:12-cv-03798-EMC

12              Plaintiff,                    Stipulation to Continue Case Management
                                             Conference and to Set Hearing on Motions
13      vs.                                   to Dismiss and Briefing Schedule ; ORDER

14  CONTRA COSTA COUNTY; CONTRA              Date:    November 9, 2012
15  COSTA COUNTY DISTRICT                    Time:    1:30 p.m.
    ATTORNEYS' OFFICE; CITY OF               Courtroom: 5, 17th Floor
16  MARTINEZ; CITY OF MARTINEZ              Judge:  Hon. Edward M. Chen
    POLICE DEPARTMENT; STATE OF
17  CALIFORNIA; THE OFFICE OF THE
    ATTORNEY GENERAL FOR THE
18  STATE OF CALIFORNIA; ROBERT
    KOCHLY; PAUL SEQUEIRA; BRIAN
19  BAKER; GENE GREENWALD; DARRYL
    JACKSON; PAUL MULLIGAN; TOM
20  SIMONETTI; ERIC GHISLETTA; JON
    SYLVIA; JOYCE BLAIR; PETER
21  FLORES; WILLIAM DANIEL
    O'MALLEY; TOM MCKENNA;
22  O'MALLY & MCKENNA LAW OFFICE
    and DOES 1-100,
23
                Defendant
24

25

26

27

28

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The parties have agreed to continue the November 2, 2012 case management conference to November 9, 2012 at 1:30 p.m.  The parties have further agreed to set the hearing on the Defendants' Motions to Dismiss the Complaint for the same date, November 9, 2012 at 1:30 p.m..

The parties have stipulated to allow five (5) additional pages to the briefs on the Motions to Dismiss due to the number and complexity of issues in this case. The briefing schedule for all Motions to Dismiss will be as follows:

Defendants will file their Motions on September 7, 2012.

Plaintiff will file his oppositions to all of the motions on October 5, 2012.

Defendants will file their replies by October 19, 2012.

The hearing will be held at the same time as the case management conference on November 9, 2012 at 1:30 p.m.

The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED:  8/27/12

GWILLIAM, IVARY, CHIOSSO,
CAVALLI & BREWER

By: _____
J. GARY GWILLIAM
RANDALL E. STRAUSS
Attorneys for Plaintiff

DATED: August 27, 2012

LOW, BALL & LYNCH

By: _____
DALE L. ALLEN, JR.
DIRK D. LARSEN

KEVIN P. ALLEN
Attorneys for Defendants
City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED: 8/27/12

By: _____
TYLER B. PON
Attorney for Defendants
State of California, Joyce Blair and Peter Flores

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

DATED: _____

By: _____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna

BOLEY LAW

DATED: _____

By: _____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

GIBBONS & CONLEY

DATED: _____

By: _____
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley

IT IS SO ORDERED.

DATED: _____          _____ Chen
Judge Edward M. Chen

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN P. ALLEN
Attorneys for Defendants
City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:

By:_____
TYLER B. PON
Attorney for Defendants
State of California, Joyce Blair and Peter Flores

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

DATED: 8/27/12

By:_____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna

BOLEY LAW

DATED:

By:_____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

GIBBONS & CONLEY

DATED:

By:_____
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley

IT IS SO ORDERED.

_____

DATED:                   Honorable Edward M. Chen

KEVIN P. ALLEN
Attorneys for Defendants
City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia


ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:


By:_____
TYLER B. PON
Attorney for Defendants
State of California, Joyce Blair and Peter Flores


MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
DATED:


By:_____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna


BOLEY LAW

DATED:


By:_____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


GIBBONS & CONLEY

DATED:


By:_____
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley


IT IS SO ORDERED.

_____

DATED:                    Honorable Edward M. Chen

City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:

By:_____

                                TYLER B. PON
                         Attorney for Defendants
State of California, Joyce Blair and Peter Flores

MCNAMARA, NEY, BEATTY, SLATTERY,
                     BORGES & AMBACHER LLP

DATED:

By:_____

                     JAMES V. FITZGERALD
      Attorney for Defendant Tom McKenna

BOLEY LAW

DATED:

By:_____

                           TODD BOLEY
                       Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

GIBBONS & CONLEY

DATED: 8/24/12.

By: _____

                     Austin R. Gibbons
                     Attorney for Defendant
                     Dan O'Malley

IT IS SO ORDERED.

DATED:              _____
                   Honorable Edward M. Chen