J. GARY GWILLIAM (SBN 33430)
RANDALL E. STRAUSS (SBN 168363)
JAYME L. BURNS (SBN 273159)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
rstrauss@giccb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT, <br><br> Plaintiff, <br><br> vs. <br><br> CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DISTRICT ATTORNEYS' OFFICE; CITY OF MARTINEZ; CITY OF MARTINEZ POLICE DEPARTMENT; STATE OF CALIFORNIA; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; ROBERT KOCHLY; PAUL SEQUEIRA; BRIAN BAKER; GENE GREENWALD; DARRYL JACKSON; PAUL MULLIGAN; TOM SIMONETTI; ERIC GHISLETTA; JON SYLVIA; JOYCE BLAIR; PETER FLORES; WILLIAM DANIEL O'MALLEY; TOM MCKENNA; O'MALLY & MCKENNA LAW OFFICE and DOES 1-100, <br><br> Defendant | Case No.: 3:12-cv-03798-EMC <br><br> Stipulation to Continue Status Conference ; Order <br><br> Date: December 21, 2012 <br> Time: ~~9:30 a.m.~~ 9:00 a.m. <br> Courtroom: 5, 17th Floor <br> Judge: Hon. Edward M. Chen |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Due to scheduling conflicts, the parties have agreed to continue the November 30, 2012 status conference to December 21, 2012 at 9:30 a.m. or as soon thereafter as the court is available.

The parties have agreed to meet and confer in person on November 19, 2012. Plaintiff will file his Second Amended Complaint by December 7, 2012. The parties will file their joint status conference statement by December 14, 2012.

Defendants will file responsive pleadings by January 25, 2013.

The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED: 11/19/12

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: /s/
J. GARY GWILLIAM
RANDALL E. STRAUSS
Attorneys for Plaintiff

DATED: 11/19/12

LOW, BALL & LYNCH

By: /s/

DALE L. ALLEN, JR.
DIRK D. LARSEN
KEVIN P. ALLEN
Attorneys for Defendants
City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:

```
                                          By: /s/
                                               TYLER B. PON
                                          Attorney for Defendants
                                  State of California, Joyce Blair and Peter Flores


                                          MCNAMARA, NEY, BEATTY, SLATTERY,
                                             BORGES & AMBACHER LLP
DATED:


                                          By:_____
                                               JAMES V. FITZGERALD
                                          Attorney for Defendant Tom McKenna



                                                              BOLEY LAW
DATED:


                                          By:_____
                                               TODD BOLEY
                                          Attorney for Defendants
         Contra Costa County, Contra Costa County District Attorney's Office
  Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                          GIBBONS & CONLEY
DATED:


                                          By:_____
                                               Austin R. Gibbons
                                          Attorney for Defendant
                                               Dan O'Malley
```

IT IS SO ORDERED.

DATED:   11/20/12

Honorable Edward M. Chen

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

```
 1                                              By:_____
 2                                                          TYLER B. PON
                                                       Attorney for Defendants
 3                                           State of California, Joyce Blair and Peter Flores
 4
                                                MCNAMARA, NEY, BEATTY, SLATTERY,
 5  DATED:                                            BORGES & AMBACHER LLP
 6          11/15/12
 7                                              By:_____
                                                        JAMES V. FITZGERALD
 8                                                 Attorney for Defendant Tom McKenna
 9

10                                                           BOLEY LAW
11  DATED:
12
                                                By:_____
13                                                          TODD BOLEY
                                                       Attorney for Defendants
14                Contra Costa County, Contra Costa County District Attorney's Office
       Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan
15

16
                                                          GIBBONS & CONLEY
17  DATED:
18
                                                By:_____
19                                                          Austin R. Gibbons
                                                        Attorney for Defendant
20                                                          Dan O'Malley
21

22  IT IS SO ORDERED.                           _____
23  DATED:                                         Honorable Edward M. Chen
```

```
                                    By:_____
                                        TYLER B. PON
                                        Attorney for Defendants
                                    State of California, Joyce Blair and Peter Flores


                                    MCNAMARA, NEY, BEATTY, SLATTERY,
                                       BORGES & AMBACHER LLP
DATED:


                                    By:_____
                                        JAMES V. FITZGERALD
                                        Attorney for Defendant Tom McKenna


                                                    BOLEY LAW
DATED:


                                    By:_____
                                        TODD BOLEY
                                        Attorney for Defendants
                    Contra Costa County, Contra Costa County District Attorney's Office
        Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                    GIBBONS & CONLEY
DATED:


                                    By:_____
                                        Austin R. Gibbons
                                        Attorney for Defendant
                                        Dan O'Malley
```

IT IS SO ORDERED.                   _____

DATED:                              Honorable Edward M. Chen

```
                                    By:_____
                                          TYLER B. PON
                                       Attorney for Defendants
                              State of California, Joyce Blair and Peter Flores


                                    MCNAMARA, NEY, BEATTY, SLATTERY,
                                       BORGES & AMBACHER LLP
DATED:


                                    By:_____
                                          JAMES V. FITZGERALD
                                       Attorney for Defendant Tom McKenna



                                                       BOLEY LAW
DATED:


                                    By:_____
                                               TODD BOLEY
                                       Attorney for Defendants
           Contra Costa County, Contra Costa County District Attorney's Office
     Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                    GIBBONS & CONLEY
DATED: 11-16-12

                                    By: [signature]
                                          Austin R. Gibbons
                                       Attorney for Defendant
                                             Dan O'Malley
```

IT IS SO ORDERED.

DATED: _____    _____
                            Honorable Edward M. Chen