J. GARY GWILLIAM (SBN 33430)
RANDALL E. STRAUSS (SBN 168363)
JAYME L. BURNS (SBN 273159)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
rstrauss@giccb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DISTRICT ATTORNEYS' OFFICE; CITY OF MARTINEZ; CITY OF MARTINEZ POLICE DEPARTMENT; STATE OF CALIFORNIA; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; ROBERT KOCHLY; PAUL SEQUEIRA; BRIAN BAKER; GENE GREENWALD; DARRYL JACKSON; PAUL MULLIGAN; TOM SIMONETTI; ERIC GHISLETTA; JON SYLVIA; JOYCE BLAIR; PETER FLORES; WILLIAM DANIEL O'MALLEY; TOM MCKENNA; O'MALLY & MCKENNA LAW OFFICE and DOES 1-100,<br><br>    Defendant | Case No.: 3:12-cv-03798-EMC<br><br>Stipulation to Continue Status Conference ; Order<br><br>Date:    December 21, 2012<br>Time:   ~~9:30 a.m.~~ 9:00 a.m.<br>Courtroom: 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2  STIPULATE AS FOLLOWS:
3      Due to scheduling conflicts, the parties have agreed to continue the November 30, 2012
4  status conference to December 21, 2012 at 9:30 a.m. or as soon thereafter as the court is
5  available.
6      The parties have agreed to meet and confer in person on November 19, 2012. Plaintiff
7  will file his Second Amended Complaint by December 7, 2012. The parties will file their joint
8  status conference statement by December 14, 2012.
9      Defendants will file responsive pleadings by January 25, 2013.
10     The parties agree that this stipulation is valid when signed in counterparts.

IT IS SO STIPULATED.

DATED: 11/19/12

GWILLIAM, IVARY, CHIOSSO,
CAVALLI & BREWER

By: /s/
J. GARY GWILLIAM
RANDALL E. STRAUSS
Attorneys for Plaintiff

DATED: 11/19/12

LOW, BALL & LYNCH

By: /s/

DALE L. ALLEN, JR.
DIRK D. LARSEN
KEVIN P. ALLEN
Attorneys for Defendants
City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

DATED:

| | |
|---|---|
| 1 | |
| 2 | By: _____ |
| | TYLER B. PON |
| 3 | Attorney for Defendants |
| | State of California, Joyce Blair and Peter Flores |
| 4 | |
| 5 | MCNAMARA, NEY, BEATTY, SLATTERY, |
| | BORGES & AMBACHER LLP |
| 6 | DATED: |

```
                                    MCNAMARA, NEY, BEATTY, SLATTERY,
DATED:                                  BORGES & AMBACHER LLP


                                    By:_____
                                          JAMES V. FITZGERALD
                                    Attorney for Defendant Tom McKenna



                                              BOLEY LAW
DATED:


                                    By:_____
                                             TODD BOLEY
                                       Attorney for Defendants
            Contra Costa County, Contra Costa County District Attorney's Office
     Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                           GIBBONS & CONLEY
DATED:


                                    By:_____
                                            Austin R. Gibbons
                                       Attorney for Defendant
                                             Dan O'Malley

IT IS SO ORDERED.

DATED:    11/20/12            _____
                                   Honorable Edward M. Chen
```

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

|     |     |
| --- | --- |
| 1   | By:_____ |
| 2   | TYLER B. PON |
|     | Attorney for Defendants |
| 3   | State of California, Joyce Blair and Peter Flores |
| 4   |     |
|     | MCNAMARA, NEY, BEATTY, SLATTERY, |
| 5   | BORGES & AMBACHER LLP |

DATED: 11/15/12

By: _____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna

BOLEY LAW

DATED:

By: _____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

GIBBONS & CONLEY

DATED:

By: _____
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley

IT IS SO ORDERED.

DATED: _____

Honorable Edward M. Chen

```
                                        By:_____
                                                TYLER B. PON
                                           Attorney for Defendants
                                  State of California, Joyce Blair and Peter Flores


                                        MCNAMARA, NEY, BEATTY, SLATTERY,
                                              BORGES & AMBACHER LLP
DATED:



                                        By:_____
                                                JAMES V. FITZGERALD
                                           Attorney for Defendant Tom McKenna



                                                                BOLEY LAW

DATED:



                                        By:_____
                                                  TODD BOLEY
                                           Attorney for Defendants
                        Contra Costa County, Contra Costa County District Attorney's Office
          Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan


                                                GIBBONS & CONLEY
DATED:



                                        By:_____
                                                Austin R. Gibbons
                                           Attorney for Defendant
                                                Dan O'Malley


IT IS SO ORDERED.              _____
DATED:                         Honorable Edward M. Chen
```

|     |     |
| --- | --- |
| 1   | By:_____ |
| 2   | TYLER B. PON |
|     | Attorney for Defendants |
| 3   | State of California, Joyce Blair and Peter Flores |
| 4   |     |
| 5   | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
|     | DATED: |
| 6   |     |
| 7   | By:_____ |
| 8   | JAMES V. FITZGERALD |
|     | Attorney for Defendant Tom McKenna |

DATED:

BOLEY LAW

By:_____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

DATED: 12-16-12

GIBBONS & CONLEY

By: /s/ Austin R. Gibbons
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley

IT IS SO ORDERED.

DATED: _____

Honorable Edward M. Chen