J. GARY GWILLIAM (SBN 33430)
RANDALL E. STRAUSS (SBN 168363)
JAYME L. BURNS (SBN 273159)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
rstrauss@giccb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT,<br><br>            Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DISTRICT ATTORNEYS' OFFICE; CITY OF MARTINEZ; CITY OF MARTINEZ POLICE DEPARTMENT; STATE OF CALIFORNIA; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; ROBERT KOCHLY; PAUL SEQUEIRA; BRIAN BAKER; GENE GREENWALD; DARRYL JACKSON; PAUL MULLIGAN; TOM SIMONETTI; ERIC GHISLETTA; JON SYLVIA; JOYCE BLAIR; PETER FLORES; WILLIAM DANIEL O'MALLEY; TOM MCKENNA; O'MALLY & MCKENNA LAW OFFICE and DOES 1-100,<br><br>            Defendant | Case No.: 3:12-cv-03798-EMC<br><br>Stipulation for Briefing Schedule on Defendants' Motions to Dismiss<br><br>Date:       March 28, 2013<br>Time:       1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:      Hon. Edward M. Chen |

1     THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2 STIPULATE AS FOLLOWS:

3     The parties stipulate to the following briefing schedule for the March 28, 2013 hearing on
4 Defendants' Motions to Dismiss:

5     Defendants will file responsive pleadings to Plaintiff's Second Amended Complaint by
6 January 25, 2013.

7     Plaintiff will file oppositions by February 25, 2013.

8     Defendants will file reply briefs by March 14, 2013.

9     The parties agree that this stipulation is valid when signed in counterparts.

11     IT IS SO STIPULATED.

12 DATED: January 4, 2013                                              GWILLIAM, IVARY, CHIOSSO,
13                                                                    CAVALLI & BREWER

15                                                               By: __/s/ Jayme Burns_____
16                                                                     J. GARY GWILLIAM
                                                                    RANDALL E. STRAUSS
17                                                                     Attorneys for Plaintiff

18 DATED: 1/7/2013
19                                                                                LOW, BALL & LYNCH

21                                                         By:____/s/ Kevin P. Allen_____
22                                                                     DALE L. ALLEN, JR.
                                                                    DIRK D. LARSEN
23                                                                     KEVIN P. ALLEN
                                                                   Attorneys for Defendants
24                  City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia

26                           ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

27 DATED: 1/7/2013

28                                                         By:_____/s/ Wilfred Fong_____

|    |    |
|----|----|
| 1  | Wilfred Fong |
|    | Attorney for Defendants |
| 2  | State of California, Joyce Blair and Peter Flores |
| 3  |    |
|    | MCNAMARA, NEY, BEATTY, SLATTERY, |
| 4  | BORGES & AMBACHER LLP |
|    | DATED: 1/7/2013 |
| 5  |    |
| 6  | By:____/s/ James Fitzgerald_____ |
|    | JAMES V. FITZGERALD |
| 7  | Attorney for Defendant Tom McKenna |
| 8  |    |
| 9  |    |
|    | BOLEY LAW |
| 10 | DATED: 1/7/2013 |
| 11 |    |
| 12 | By:____/s/ Todd Boley_____ |
|    | TODD BOLEY |
| 13 | Attorney for Defendants |
|    | Contra Costa County, Contra Costa County District Attorney's Office |
| 14 | Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan |
| 15 |    |
|    | GIBBONS & CONLEY |
| 16 | DATED: 1/7/2013 |
| 17 |    |
| 18 | By:__/s/ Austin Gibbons_____ |
|    | Austin R. Gibbons |
| 19 | Attorney for Defendant |
|    | Dan O'Malley |
| 20 |    |
| 21 |    |
|    | IT IS SO ORDERED. |
| 22 |    |
|    | DATED:   1/9/13 |
| 23 | Honorable _____ Chen |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]