J. GARY GWILLIAM (SBN 33430)
RANDALL E. STRAUSS (SBN 168363)
JAYME L. BURNS (SBN 273159)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
rstrauss@giccb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT,<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DISTRICT ATTORNEYS' OFFICE; CITY OF MARTINEZ; CITY OF MARTINEZ POLICE DEPARTMENT; STATE OF CALIFORNIA; THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; ROBERT KOCHLY; PAUL SEQUEIRA; BRIAN BAKER; GENE GREENWALD; DARRYL JACKSON; PAUL MULLIGAN; TOM SIMONETTI; ERIC GHISLETTA; JON SYLVIA; JOYCE BLAIR; PETER FLORES; WILLIAM DANIEL O'MALLEY; TOM MCKENNA; O'MALLY & MCKENNA LAW OFFICE and DOES 1-100,<br><br>Defendant | Case No.: 3:12-cv-03798-EMC<br><br>Stipulation for Briefing Schedule on Defendants' Motions to Dismiss<br><br>Date:    March 28, 2013<br>Time:    1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:   Hon. Edward M. Chen |

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2  STIPULATE AS FOLLOWS:
3  The parties stipulate to the following briefing schedule for the March 28, 2013 hearing on
4  Defendants' Motions to Dismiss:
5  Defendants will file responsive pleadings to Plaintiff's Second Amended Complaint by
6  January 25, 2013.
7  Plaintiff will file oppositions by February 25, 2013.
8  Defendants will file reply briefs by March 14, 2013.
9  The parties agree that this stipulation is valid when signed in counterparts.
10
11 IT IS SO STIPULATED.
12
   DATED: January 4, 2013                              GWILLIAM, IVARY, CHIOSSO,
13                                                     CAVALLI & BREWER
14
15                                                     By: __/s/ Jayme Burns_____
16                                                         J. GARY GWILLIAM
                                                           RANDALL E. STRAUSS
17                                                         Attorneys for Plaintiff
18 DATED: 1/7/2013
                                                                LOW, BALL & LYNCH
19
20
21                                                     By:____/s/ Kevin P. Allen_____
22                                                         DALE L. ALLEN, JR.
                                                           DIRK D. LARSEN
23                                                         KEVIN P. ALLEN
                                                           Attorneys for Defendants
24                                         City of Martinez, Tom Simonetti, Eric Ghisletta, and Jon Sylvia
25
26                                        ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA
27 DATED: 1/7/2013
28
                                                       By:_____/s/ Wilfred Fong_____

|   |   |
|---|---|
| 1 |  Wilfred Fong |
|   | Attorney for Defendants |
| 2 | State of California, Joyce Blair and Peter Flores |

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

DATED: 1/7/2013

By:____/s/ James Fitzgerald_____
JAMES V. FITZGERALD
Attorney for Defendant Tom McKenna

BOLEY LAW

DATED: 1/7/2013

By:____/s/ Todd Boley_____
TODD BOLEY
Attorney for Defendants
Contra Costa County, Contra Costa County District Attorney's Office
Robert Kochly, Paul Sequeira, Brian Baker, Gene Greenwald, Darryl Jackson, Paul Mulligan

GIBBONS & CONLEY

DATED: 1/7/2013

By:__/s/ Austin Gibbons_____
Austin R. Gibbons
Attorney for Defendant
Dan O'Malley

IT IS SO ORDERED.

DATED:   1/9/13

_____
Honorable Edward M. Chen

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California)*