Austin R. Gibbons
A. Byrne Conley
Peter A. Urhausen
Sean C. Conley

# GIBBONS & CONLEY
## ATTORNEYS AT LAW

**Walnut Creek Office**
2185 N. California Blvd., Suite 285
Walnut Creek, California 94596
Telephone: (925) 932-3600
Fax: (925) 932-1623

**Indian Wells Office**
74-900 Highway 111, Suite 216
Indian Wells, California 92211
Telephone: (760) 346-4633
Fax: (760) 322-1292

**Please Respond to:**
*Walnut Creek Office*

May 27, 2014

The Honorable Edward M. Chen
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Gressett v. Contra Costa County, et. al.,* Case No. 12-03798 EMC

Dear Judge Chen;

    Plaintiff settled with Defendant WILLIAM DANIEL O'MALLEY at a settlement conference in front of Magistrate Judge Spero on May 8, 2014. The settlement agreement is being circulated and two checks collected from carriers (one has not arrived yet). Because of this development, our intention had been not to appear at the Case Management Conference set for Thursday, May 29, 2014.

    If the Court deems that we need to appear, of course we will do so, or we can participate by phone if the Court needs us for any reason. We request that the Clerk advise us if our appearance is excused.

Very truly yours,

GIBBONS & CONLEY

A. BYRNE CONLEY

Cc: all counsel per proof of service list

```
IT IS SO ORDERED that A. Byrne Conley
(Attorney for William O'Malley) is excused
from 5/29/14 CMC.
_____
Edward M. Chen
U.S. District Judge
```



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen