Austin R. Gibbons, Esq., SBN 034619
A. Byrne Conley, Esq., SBN 112715
Peter A. Urhausan, Esq., SBN 160392
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
T: 925.932.3600
F: 925.932.1623
E: abcjr@gibbons-conley.com

Attorneys for Defendant
WILLIAM DANIEL O'MALLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT, | NO. C 12-03798 EMC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| CONTRA COSTA COUNTY; ET AL. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff MICHAEL GRESSETT and Defendant WILLIAM DANIEL O'MALLEY through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), all parties to bear their own costs and attorneys' fees, to the following extent: only as to Defendants WILLIAM DANIEL O'MALLEY, O'MALLEY & McKENNA LAW OFFICE, and TOM McKENNA.

Dated: May 16, 2014

GIBBONS & CONLEY

By: _____
AUSTIN R. GIBBONS, ESQ.
Attorney for Defendant,
WILLIAM DANIEL O'MALLEY

Dated: 5/28/14

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: _____
J. GARY GWILLIAM, ESQ.
Attorney for Plaintiff,
MICHAEL GRESSETT

IT IS SO ORDERED.

Dated:

5/30/14

By: _____

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA