**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**Date:**             December 9, 2014

**Case No. and Name:**    C12-3798 EMC Gressett v. Contra Costa County, et al.

**ORDER:**

IT IS SO ORDERED that the dispositive motions hearing and briefing schedule is revised as follows:

12/18/14 - dispositive motion(s) due

1/12/15 -   oppositions due

1/26/15 -   replies due

2/12/15 -   dispositive motion(s) hearing/status conference
(1:30 p.m.)