TODD BOLEY, Bar No. 68119, boley@boleylaw.com
JUSTIN YOUNG, Bar No. 267315, young@boleylaw.com
2381 Mariner Square Drive, Suite 280
Alameda, California, 94501
Telephone: (510) 836-4500; Fax: (510) 649-5170

Attorney for Defendants Contra Costa County;
Contra Costa County District Attorneys Office;
Robert Kochly; Paul Sequeira; Brian Baker;
Gene Greenwald; Darryl Jackson and Paul Mulligan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESSETT, <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY, et. al., <br><br> Defendants. | Case No. 3:12-CV-03798 EMC <br><br> **JOINT STIPULATION AND [PROP~~O~~SED] ORDER TO EXTEND DEADLINES FOR MOTIONS IN LIMINE AND PRETRIAL FILINGS** <br><br> **(Local Rule 7-11)** <br><br> Trial Date:    May 4, 2015 |

      Plaintiff Michael Gressett and Defendants Robert Kochly; Paul Sequeira; Brian Baker; Gene Greenwald; Darryl Jackson and Paul Mulligan ("the County Defendants"), through their undersigned counsel, jointly stipulate that the deadlines for serving and filing Motions in Limine and filing Pretrial Materials set forth in the Court's Case Management Order dated June 13, 2014 (Doc 182), be extended for good cause and judicial efficiency as articulated below.

      The parties need the benefit of the Court's ruling on Defendants' Motion for Summary Judgment so that they know what issues need to be addressed in their respective Motions in Limine and as well as the Pretrial Materials. Additionally, in the event that Defendants' Motion

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES FOR MOTIONS IN LIMINE AND PRETRIAL FILINGS      Case No. 3:12-CV-03798 EMC

1  for Summary Judgement is denied, the requested extension will permit the parties to schedule
2  further settlement discussions in an effort to conclude this matter.
3      Accordingly, the parties stipulate to the following extensions:
4  • Deadline for the parties to serve their respective Motions in Limine extended from
5  March 7, 2015 to March 20, 2015;
6  • Deadline for parties to serve any oppositions to Motions in Limine extended from
7  March 13, 2015 to March 27, 2015;
8  • Deadline for parties to file Pretrial Materials extended from March 17, 2014 to
9  March 30, 2015;

11  Dated: March 2, 2015

14  _____/s/_____
    TODD BOLEY

15  Attorney for Defendants CONTRA COSTA
    COUNTY; CONTRA COSTA COUNTY
    DISTRICT ATTORNEYS OFFICE; ROBERT
    KOCHLY; PAUL SEQUEIRA; BRIAN BAKER;
    GENE GREENWALD; DARRYL JACKSON
    AND PAUL MULLIGAN

20  Dated: March 2, 2015

21  _____/s/_____
    Jayme Walker
22  Attorney for Plaintiff Michael Gressett

28  JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
    DEADLINES FOR MOTIONS IN LIMINE AND PRETRIAL FILINGS    Case No. 3:12-CV-03798 EMC

**[PROPOSED] ORDER**

Having read the foregoing Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The parties shall exchange their respective Motions in Limine by March 20, 2015;
2. The parties shall exchange any oppositions to any Motions in Limine by March 27, 2015;
3. All Pretrial Filings shall be submitted to the Court by March 30, 2015.

DATED: 3/3/15   _____
EDWARD M. CHEN
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES FOR MOTIONS IN LIMINE AND PRETRIAL FILINGS      Case No. 3:12-CV-03798 EMC